UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2020 FEB 28 PM 1:13

JOSE MUYET,
    PETITIONER

V.

UNITED STATES OF AMERICA,
    RESPONDENT

01-civ. 9371 (LAP)

> *Because Mr. Muyet is serving life sentences for multiple murders, his proposed motion under the First Step Act will be futile. Accordingly, the motion for appointment of counsel is denied.*
>
> **SO ORDERED**
> 3/10/20
> *Loretta A. Preska*
> LORETTA A. PRESKA
> UNITED STATES DISTRICT JUDGE

MOTION FOR APPOINTMENT OF COUNSEL

HERE COMES the Petitioner, Jose Muyet, who respectfully request that this Honorable Court appoint counsel for the Petitioner in order to file a motion for resentencing under Section 404 of the First Step Act.

Petitioner believes he is eligible because he was convicted of violating 21 U.S.C. §§841(a)(1) and 841(b)(1)(A), the statutory penalties which were reduced by 2 and 3 of the Fair Sentencing Act.

As this Court is aware, a multitude of district courts have recognized it is the statute of conviction rather than a defendant's actual conduct, that determines a defendant's eligibility under the First Step Act.

Therefore, the Petitioner respectfully prays that this Court grant his request and appoint counsel.

The Clerk of the Court shall mail a copy of this order to:

**SO ORDERED**
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Sarah Kathleen-Eddy
United States Attorney
1 Saint Andrew's Plaza
New York, NY 10007

Respectfully Submitted,

*Jose Muyet*
Jose Muyet

February 25, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-28-20

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-10-2020



Jose Muyet 38136-054
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Mailed from
Federal Correctional Institution
Schuylkill, PA

Legal Mail

RECEIVED
SDNY PRO SE OFFICE
2020 FEB 28  PM 1: 13

⟨⟩38136-054⟨⟩
Clerk Of The Court
U.S. Courthouse
500 Pearl ST
Room 120
NEW YORK, NY 10007-1312
United States

HARRISBURG PA 171
25 FEB 2020 PM 2 L