UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE MUYET,

          Petitioner,

    -versus-                  No. 01 Civ. 9371 (LAP)

UNITED STATES OF AMERICA,        ORDER

          Respondent.

---

LORETTA A. PRESKA, SENIOR UNITED STATES DISTRICT JUDGE:

    In light of the Court of Appeals' order [dkt. no. 47] permitting a successive petition pursuant to 28 U.S.C. § 2255, Mr. Muyet shall file such petition within thirty days hereof. The Government may respond within thirty days, and Mr. Muyet may reply within fourteen days. Chambers will mail a copy of this order to Mr. Muyet.

**SO ORDERED.**

Dated:  May 13, 2020
       New York, New York

                                                      _____
                                                      LORETTA A. PRESKA, U.S.D.J.